# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 29, 2026

Before

REBECCA TAIBLESON, *Circuit Judge*

| | |
|---|---|
| No. 26-1483 | JAMES TUCCORI, et al.,<br>          Plaintiffs - Appellees<br>v.<br><br>AT WORLD PROPERTIES, LLC & ANYWHERE REAL ESTATE INC.,<br>          Defendants – Appellees<br><br>APPEAL OF: AARON BOLTON |

| **Originating Case Information:** |
|---|
| District Court No: 1:24-cv-00150<br>Northern District of Illinois, Eastern Division<br>District Judge Lindsay C. Jenkins |

The following are before the court:

1. **PROPOSED INTERVENOR-APPELLANT'S MOTION TO EXPEDITE**, filed on July 15, 2026, by counsel for the appellant.

2. **DEFENDANT-APPELLEE ANYWHERE REAL ESTATE INC.'S OPPOSITION TO PROPOSED INTERVENOR-APPELLANT'S MOTION TO EXPEDITE**, filed on July 27, 2026, by counsel for the appellee.

3. **PLAINTIFFS-APPELLEES' RESPONSE IN OPPOSITION TO PROPOSED INTERVENOR-APPELLANT'S MOTION TO EXPEDITE**, filed on July 27, 2026, by counsel for the appellees.

**IT IS ORDERED** that the motion to expedite is **DENIED**.

form name: **c7_Order_3J**    (form ID: **177**)