# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 5, 2026

Before
JOHN Z. LEE, *Circuit Judge*

| | |
|---|---|
| No. 26-1483 | JAMES TUCCORI, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>AT WORLD PROPERTIES, LLC & ANYWHERE REAL ESTATE INC.,<br>Defendants - Appellees<br><br>APPEAL OF: AARON BOLTON |
| **Originating Case Information:** | |
| District Court No: 1:24-cv-00150<br>Northern District of Illinois, Eastern Division<br>District Judge Lindsay C. Jenkins | |

Upon consideration of the **OPPOSED MOTION OF SHIYANG HUANG FOR LEAVE TO FILE A BRIEF AMICUS CURIAE IN SUPPORT OF APPELLEES AND AFFIRMANCE, AND MOTION TO RECEIVE NOTICES ELECTRONICALLY**, filed on September 29, 2026, by Shiyang Huang,

**IT IS ORDERED** that the motion is **DENIED**.

form name: **c7_Order_3J** (form ID: **177**)